UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARMEN N. WATSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIFIED SCHOOL DISTRICT 500 KCKPS, ) <br> ) <br> Defendant. ) | Case No. 19-1044-EFM |

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted. If not previously provided, plaintiff is directed to provide the address of the named defendant by no later than **March 14, 2019**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated February 27, 2019, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

1