IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARMEN N. WATSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-1044-EFM |
| USD NO. 500, KANSAS CITY, KANSAS, | ) |
| Defendant. | ) |

# ORDER

This matter comes before the court upon the motion of defendant Unified School District No. 500, Wyandotte County, Kansas. Defendant asks the court to order the Kansas Human Rights Commission ("KHRC") and allow the Equal Employment Opportunity Commission ("EEOC") to produce for inspection all files and documents concerning Carmen N. Watson and the charges she filed against defendant contained in EEOC Charge Nos. 28D-2017-00537 and 28D-2018-00920 and KHRC Charge Nos. 39402-17 and 40446-19. This excludes those records considered by EEOC or KHRC to be conciliatory, deliberative in nature, or attorney work product. The court finds that the documents defendant seeks appear to be relevant and discoverable and will grant the defendant's motion requesting production.

IT IS HEREBY ORDERED that defendant's motion for order to disclose records is hereby granted.

IT IS FURTHER ORDERED that KHRC shall disclose and EEOC may disclose to attorneys of record and pro se plaintiff their entire files and records, excluding those

considered to be conciliatory or deliberative in nature, or attorney work product pertaining to Carmen N. Watson and the charges she filed against defendant contained in EEOC Charge Nos. 28D-2017-00537 and 28D-2018-00920 and KHRC Charge Nos. 39402-17 and 40446-19.  The agencies shall also prepare for the parties an inventory of the file contents and a letter or memo specifying those documents to which EEOC and KHRC assert confidentiality and object to disclosure, as well as those documents to which they claim no confidentiality, on or before 20 days from the date of this order.  The agencies shall allow copies of the same to be made at the expense of the party requesting such reproduction.

    IT IS SO ORDERED.

    Dated September 30, 2019, at Kansas City, Kansas.

                                                      s/ James P. O'Hara  
                                                     James P. O'Hara  
                                                     U.S. Magistrate Judge