UNITED STATES DISTRICT COURT
OF
WICHITA KANSAS

---

                        <u>Case No. 6:19-cv-01044-EFM-JPO</u>
                              JURY DEMAND

**CARMEN WATSON**
**Pro Se' plaintiff,**

**V.**

**UNIFIED SCHOOL DISTRICT NO. 500,**
**KCKPS**
**Defendant's,**

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S REPLY FILED ON THE 9TH, OF OCTOBER 2020 AND PROPOSAL

I the plaintiff Carmen Watson oppose the defendant's recent filing on October 9th, 2020, I attest to never receiving the alleged filing for Summary Judgment the defendant's allege to have filed on September 1, 2020. The defendant's provided a exhibit displaying an email address they state had the new filing attached, however the plaintiff hasn't received the file, in which is why the defendant's should have mailed a copy, and if alleging they did so should have provided some sort of proof of service, not email correspondences.

I the plaintiff have also requested in motions to the court to consider appointing me counsel on the grounds of having multiple physical and mental impairments, evidence have been provided via

exhibits by both the plaintiff and defendant's of suffering from such. In recent the plaintiff has been diagnosed with additional mental impairments, borderline personality disorder, and complex PTSD see attached exhibit (A).

Both the plaintiff and defendant's has previously motioned to the court Summary of Judgment which the court ruled on see dkt. (129) granting in part the defendant's Motion for Summary, leaving the last issue at hand as to whether the plaintiff was entitled to front pay on the grounds of being granted her ADA Anti-retaliation claims by the courts. The plaintiff originally requested $100,000.00 for front pay damages however after several attempts to settled this ongoing dispute the plaintiff made her final offer to settle at $16,000 to settle all claims and future charges, however the defendant's continued to counter offer the plaintiff a $1,000 settlement.

**CONCLUSION**

In attempt to settle this lengthy dispute, cost and burden on the Courts and all parties, The plaintiff request and proposes that the plaintiff be granted the sum amount of $16,000 by the courts from the defendant's for damages relating to her ADA anti-retaliation claims previously granted.

**AFFIDAVIT**

I Carmen Watson attest that all statements are true and factual to the best of my knowledge.

Respectfully Submitted,
Carmen Watson
October 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October 2020, I filed the foregoing with of the District's Court Clerk and sent a copy via U.S. mail, postage prepaid to the following Counsel for Defendant's:

Gregory Goheen
McANANY, VAN CLEAVE & PHILLPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103

Respectfully Submitted,
Carmen Watson
October 20, 2020

# EXHIBIT A

| | | |
|---|---|---|
| **Psoriatic arthritis**<br>Added 11/6/2019 | **Migraines**<br>Added 11/6/2019 | **Hypertension**<br>Added 11/6/2019 |
| **Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type**<br>Added 11/6/2019 | **Chronic post-traumatic stress disorder (PTSD)**<br>Added 10/1/2020 | **Generalized anxiety disorder with panic attacks**<br>Added 10/1/2020 |
| **Borderline personality disorder**<br>Added 10/1/2020 | | |

# Medications

These are the medications we have on file for you.

### dextroamphetamine/amphetamine (ADDERALL XR PO)

Take 30 mg by mouth daily.

📄   This medication cannot be refilled through MyChart at this time. Please contact your pharmacy for more information.

**Prescription Details**
Documented by Tyler Kjorvestad, MD

**Pharmacy Details**
WALGREENS DRUG STORE #09424 - OVERLAND PARK, KS - 12601 PFLUMM RD AT NEC OF PFLUMM & 127TH
12601 PFLUMM RD, OVERLAND PARK KS 66213-2303
913-764-3471